IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FORUM WESTSIDE, LLC, an Oregon limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts corporation,<br><br>          Defendant. | Civ. No. 6:18-cv-01918-AA<br><br>JUDGMENT |

   Pursuant to the Stipulated Motion to Dismiss, this action is DISMISSED without prejudice, and with no award of attorney fees, costs or prevailing party fees to any party.

   DATED: 10/30/2020

                                        Mary L. Moran, Clerk

                                        By    /s/ Cathy Kramer
                                              Deputy Clerk

1 –JUDGMENT